UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VICTORIA PRESTON,

                                 Plaintiff,        **NOTICE OF APPEARANCE**

    - against -

                                                         Case No: 22-cv-6525-CDH

CITY OF ROCHESTER, *et al.*,

                                Defendants.

---

       **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-entitled action as Attorney for Defendants the City of Rochester and Mitchell Leach.

                                                         **PATRICK BEATH, ESQ.**
                                                         **CORPORATION COUNSEL**

Dated: February 19, 2026                  s/ James "Hal" Kieburtz
        Rochester, New York            James "Hal" Kieburtz, Esq., Of Counsel
                                                  *Attorney for Defendants*
                                                  30 Church Street, Room 400A
                                                  Rochester, NY 14614-1295
                                                  Telephone: (585) 428-6758
                                                  James.Kieburtz@cityofrochester.gov