UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA PRESTON,<br><br>                                   Plaintiff,<br><br>- against -<br><br>THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER MITCHELL LEACH,<br><br>                                   Defendants. | **22-cv-6525** (CDH)<br><br>NOTICE OF MOTION FOR PLAINTIFF'S MOTION TO APPLY COLLATERAL ESTOPPEL |

PLEASE TAKE NOTICE that upon the annexed Declaration of Elliot Shields and all Exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiff's Motion to preclude Defendant City of Rochester (the "City") from relitigating its *Monell* liability on Plaintiff's Fourth Amendment claims regarding the unconstitutional seizure of her dog, Zyria, and all prior proceedings herein, Plaintiff hereby moves this Court before the Honorable Colleen D. Holland, **on March 19, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard**, pursuant to the doctrine of offensive collateral estoppel—also known as non-mutual offensive issue preclusion—based on the unanimous jury verdict entered on January 30, 2026, in *Dempsey v. City of Rochester*, et al., No. 6:19-cv-06780-MJP (W.D.N.Y.) (ECF No. 229), for an order to preclude Defendant City of Rochester (the "City") from relitigating its *Monell* liability on First Claim for Relief in the Complaint (ECF 1) on two *Monell* theories: (1) that the City maintained an unconstitutional policy, custom, or practice regarding the seizure of dogs during police encounters and (2) that the City failed to adequately train its officers on dog encounters.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 7(a)(1) of the Local Rules of this Court, the Plaintiff intends to file reply papers and therefore, pursuant to Rule 7(b)(2)(B), Defendants are required to serve responding papers, if any, at least seven (7) days prior to the return date of this motion.

Dated: New York, New York          Respectfully Submitted,
       February 19, 2026             ROTH & ROTH LLP

By:     ~/s/~
Elliot Dolby Shields, Esq.
*Counsel for Plaintiff*
192 Lexington Ave, Suite 802 New York, New York 10016
Ph: (212) 425-1020

To:     All parties (via ECF)