UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA PRESTON,<br><br>                                            Plaintiff,<br><br>                  - against -<br><br>THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER MITCHELL LEACH,<br><br><br>                                            Defendants. | **Case No.: 22-cv-6525 (CDH)** |

<u>**DECLARATION OF ELLIOT D. SHIELDS**</u>

**IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
CITY OF ROCHESTER'S MOTION TO DISMISS**

**ELLIOT D. SHIELDS**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.    I am the attorney for the Plaintiff, Victoria Preston ("Ms. Preston"), in this case and as such I am fully familiar with the facts and circumstances of the case. I make this declaration based upon my personal knowledge and in support of Plaintiff's Opposition to Defendant City of Rochester's Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to FRCP 12(b)(1).

2.    Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Victoria S. Preston, taken on December 19, 2023, in the above-captioned action.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        February 25, 2026

*Elliot Shields*
_____
Elliot D. Shields