RECORDS CERTIFICATION


I, William P. Mathewson, an employee of City of Buffalo and an attorney licensed in New York

State, hereby certify that the attached records constitute full and complete copies of records of

acts, transactions, or events concerning subpoena in Gursslin v City of Rochester, 20-cv-6508,

including records: training roster for "Police and Dog Encounters," BPD policy on "Incidents

Involving Animals," and printout of number of dog shootings from 2013-2022 that were made in

the regular course of business at City of Buffalo, and that it was in the regular course of such

business to make them, at the time of the condition, act, transaction, or event or within a

reasonable time thereafter and that the certifier is a responsible employee thereof.


*December 16 25*

*WPMathewson*
_____
William Mathewson
Assistant Corporation Counsel
City of Buffalo

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| ERIN GURSSLIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    20-cv-6508 |
| City of Rochester, et al., | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                                                City of Buffalo

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:  See the attachment, setting forth the matters for deposition.

| Place: Remote by videoconference. | Date and Time: 04/05/2022 10:00 am |
|---|---|

The deposition will be recorded by this method:   video

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  All rules, training, policies, regulations, procedures, and practices, in effect or customarily followed between January 1, 2011 and present regarding interactions with canines / pet dogs / "aggressive animals" during law enforcement activities

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/04/2022

| CLERK OF COURT | | OR | |
|---|---|---|---|
| _____ | | _____ | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* | |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Erin Gursslin
_____ , who issues or requests this subpoena, are:
Elliot Shields, 192 Lexington Ave., Suite 802, New York, NY 10016, 212-425-1020

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## MATTERS FOR DEPOSITION

1.      All rules, training, policies, regulations, procedures, and practices, in effect or customarily followed between January 1, 2011 and present regarding interactions with canines / pet dogs / "aggressive animals" during law enforcement activities.

2.      The total number of officer-involved dog shootings per year from January 1, 2011 to present.

3.      All topics discussed in the news article entitled, *As training expands, BPD shooting fewer dogs*, WGRZ (Nov. 14, 2017), https://www.wgrz.com/article/home/as-training-expands-bpd-shooting-fewer-dogs/491804514.

4.      All topics discussed in the news article entitled, *Dog Shootings By Buffalo PD Dropped Since WGRZ Story*, WGRZ (May 19, 2015), https://www.wgrz.com/article/news/dog-shootings-by-buffalo-pd-dropped-since-wgrz-story/71-128010929.

| Total Number of Officer-Involved dog shootings per year from January 1st 2011-Present | |
|---|---|
| 2013-1 | |
| 2014-2 | |
| 2015-3 | |
| 2016-1 | |
| 2017-11 | |
| 2018-0 | |
| 2019-0 | |
| 2020-1 | |
| 2021-0 | |
| 2022-0 | |

## 10.0  INCIDENTS INVOLVING ANIMALS

### 10.1  POLICY

It is the policy of the Buffalo Police Department to treat animals in a humane manner, to protect the public from vicious and rabid animals, and to fully cooperate with those agencies charged with the responsibility of dealing with animals and the health consequences associated therewith.

### 10.2  ANIMAL BITE CASES

A. Members of the Department will not routinely respond to incidents involving animal bites.

   1. If the victim of the animal bite seeks treatment at a hospital, the hospital is responsible for contacting the Health Department.

   2. If the victim does not seek medical treatment at a hospital, an Animal Bite Investigation Report (P-91) shall be completed over the phone by the person assigned to desk duty in the district in which the event occurred.

      a. If a report is prepared by a member of the Department, the member shall prepare the report in quadruplicate and call the Erie County Health Department, 961-6800 or after hours, 898-4225 ECMC Emergency Medical Response, to report the incident:
         Distribution:  3 copies to City Court Booking
                        1 copy to command file
      b. City Court Booking will forward two (2) copies to the Health Department at the following address:
         Erie County Department of Health
         503 Kensington Avenue
         Buffalo, New York  14214

   3. Response required.
   In any of the following circumstances, members of the department will respond to incidents involving animal bites:

      a. the victim is severely injured and requires an ambulance; or,
      b. the animal remains at large and is a threat to injure others; or,
      c. the owners of the animal are unknown and the officers may be of assistance in establishing identity; or,
      d. any situation that may require the immediate assistance of a police officer at the scene.

B. Members of the Police Department will cooperate fully with personnel of the Health Department who are addressing dog bite complaints.

### 10.3  DOG CONTROL VIOLATION SUMMONS

be obtained prior to destroying a vicious or rabid animal, if practicable. In issuing such an order, the supervisor must make sure that no one will be placed in jeopardy as a result of the discharge of a firearm. Only one officer will be designated by the supervisor to perform this task.

b. EXCEPTION: If the officer or another person is in the process of being attacked by an animal and is in imminent danger, the officer may discharge his/her firearm to ward off the attack. However even under these circumstances, no officer shall discharge a firearm where the possibility exists that any person will be struck by a bullet as a result.

2. If a firearm is used, it shall be reported via Blue Team.

D. Rabid Animals

1. Animals suspected of being rabid shall not be shot through the head.
2. The body of a suspected rabid animal must be identified and held for rabies tests.
3. The Erie County Health Department, Room 800, Edward A. Rath, County Building, Communicable Disease Control, 961-6800, shall be notified by telephone, and form P-91 forwarded in such cases.

10.5    STRAY, INJURED OR DEAD ANIMALS
The Small Animal Shelter, 380 Oak Street, phone 851-5694, will accept calls for dog bite cases, stray, injured, dead, or vicious small animals, between 0800 and 2200 hrs. Police may deliver small animals to the shelter everyday including holidays, but not on Sundays.

10.6    SPCA EMERGENCY SERVICE
The Erie County SPCA will respond to all emergency calls for injured animals in Erie County on a 24 hour basis. From 0800 hours to 2000 hours, calls will be received on a special phone line - 875-7363 and answered by a staff member, who will transmit the call to an SPCA Agent. DO NOT GIVE THIS PHONE NUMBER TO THE PUBLIC.

From 2000 hours to 0800 hours an SPCA Agent can be contacted by means of a pager. The pager number is 696-8562 - a message should consist of a phone number that the SPCA Agent can call for a complete description of the emergency location.

If the Local Dog Control Officer is unable to be contacted for an injured or stray dog, the SPCA will respond.

10.7    DESTRUCTION OF INJURED ANIMAL
When an animal is critically injured and there is little chance for its survival, and the services of the Small Animal Shelter and the SPCA are either not available or would be substantially delayed, the animal may be destroyed employing the guidelines established in M.O.P. Chapter 2 above.

**10.0   INCIDENTS INVOLVING ANIMALS**

10.1   POLICY
It is the policy of the Buffalo Police Department to treat animals in a humane manner, to protect the public from vicious and rabid animals, and to fully cooperate with those agencies charged with the responsibility of dealing with animals and the health consequences associated therewith.

10.2   ANIMAL BITE CASES

A.  Members of the Department will not routinely respond to incidents involving animal bites.

   1.  If the victim of the animal bite seeks treatment at a hospital, the hospital is responsible for contacting the Health Department.

   2.  If the victim does not seek medical treatment at a hospital, an Animal Bite Investigation Report (P-91) shall be completed over the phone by the person assigned to desk duty in the district in which the event occurred.

      a.  If a report is prepared by a member of the Department, the member shall prepare the report in quadruplicate and call the Erie County Health Department, 961-6800 or after hours, 898-4225 ECMC Emergency Medical Response, to report the incident:
            Distribution:  3 copies to City Court Booking
                        1 copy to command file
      b.  City Court Booking will forward two (2) copies to the Health Department at the following address:
            Erie County Department of Health
            503 Kensington Avenue
            Buffalo, New York 14214

   3.  Response required.
   In any of the following circumstances, members of the department will respond to incidents involving animal bites:

      a.  the victim is severely injured and requires an ambulance; or,
      b.  the animal remains at large and is a threat to injure others; or,
      c.  the owners of the animal are unknown and the officers may be of assistance in establishing identity; or,
      d.  any situation that may require the immediate assistance of a police officer at the scene.

B.  Members of the Police Department will cooperate fully with personnel of the Health Department who are addressing dog bite complaints.

10.3   DOG CONTROL VIOLATION SUMMONS

A. Issuing the Summons

If any violation of any City Ordinance occurs relating to the licensing, identification or control of dogs, the owner shall be issued a Dog Control Violation Summons, citing the applicable violation.

B. Service of the Summons

The summons must be served personally to the owner. Officers are advised to issue the summons at the owner's home or place of business.

> Distribution: Original (white copy) to PVB
> Green copy to Traffic Records
> Green Envelope to defendant.

C. Supporting Depositions

If the officer did not witness an infraction for which a Dog Control Violation Summons is to be issued, a Supporting Deposition (BPD-5) shall be obtained from witnesses (see M.O.P. Chapter 3).

D. Commanding Officers to Account for Dog Violations Summons

The Commanding Officer of each District shall attach an Intra-Departmental Memorandum to each Dog Violations Summons Book. The Officer issuing the summons shall record the date and time of issuance, the summons number and the Officer's name on the Intra-Departmental Memorandum. Commanding Officers shall investigate instances in which summonses are missing and forward the results of their investigation on an Intra-Departmental Memorandum to the Internal Affairs Division, through the chain of command.

## 10.4  VICIOUS, WILD OR RABID ANIMALS

A. Officers shall attempt to confine the vicious, wild or rabid animal in an enclosed area if such can be accomplished without unduly jeopardizing the safety of the officer or others.

B. The officer shall request the assistance of a member of the Small Animal Shelter, or if unavailable, the Erie County SPCA, whenever circumstances permit.

C. If it is not possible to confine the vicious, wild or rabid animal, or the safety of any person would be jeopardized by waiting for the arrival of a member of the Small Animal Shelter or SPCA, the officer shall notify his/her supervisor, who shall immediately respond to the scene and take command.

  1. The Supervisor shall take whatever action is necessary to minimize danger to the Officers and the public.

    a. If there does not exist any other practical alternative, the supervisor may order that the animal be destroyed. The owner's permission shall

be obtained prior to destroying a vicious or rabid animal, if practicable. In issuing such an order, the supervisor must make sure that no one will be placed in jeopardy as a result of the discharge of a firearm. Only one officer will be designated by the supervisor to perform this task.

b. <u>EXCEPTION:</u> If the officer or another person is in the process of being attacked by an animal and is in imminent danger, the officer may discharge his/her firearm to ward off the attack. However even under these circumstances, no officer shall discharge a firearm where the possibility exists that any person will be struck by a bullet as a result.

2. If a firearm is used, it shall be reported via Blue Team.

D. <u>Rabid Animals</u>

1. Animals suspected of being rabid <u>shall not be shot through the head.</u>
2. The body of a suspected rabid animal must be identified and held for rabies tests.
3. The Erie County Health Department, Room 800, Edward A. Rath, County Building, Communicable Disease Control, 961-6800, shall be notified by telephone, and form P-91 forwarded in such cases.

10.5  <u>STRAY, INJURED OR DEAD ANIMALS</u>
The Small Animal Shelter, 380 Oak Street, phone 851-5694, will accept calls for dog bite cases, stray, injured, dead, or vicious small animals, between 0800 and 2200 hrs. Police may deliver small animals to the shelter everyday including holidays, but not on Sundays.

10.6  <u>SPCA EMERGENCY SERVICE</u>
The Erie County SPCA will respond to all emergency calls for injured animals in Erie County on a 24 hour basis. From 0800 hours to 2000 hours, calls will be received on a special phone line - 875-7363 and answered by a staff member, who will transmit the call to an SPCA Agent. <u>DO NOT GIVE THIS PHONE NUMBER TO THE PUBLIC.</u>

From 2000 hours to 0800 hours an SPCA Agent can be contacted by means of a pager. The pager number is 696-8562 - a message should consist of a phone number that the SPCA Agent can call for a complete description of the emergency location.

<u>If the Local Dog Control Officer is unable to be contacted for an injured or stray dog, the SPCA will respond.</u>

10.7  <u>DESTRUCTION OF INJURED ANIMAL</u>
When an animal is critically injured and there is little chance for its survival, and the services of the Small Animal Shelter and the SPCA are either not available or would be substantially delayed, the animal may be destroyed employing the guidelines established in M.O.P. Chapter 2 above.

10.8    <u>ANIMAL CRUELTY - REPORT TO SPCA</u>

Cases of cruelty, neglect or other mistreatment of animals shall be reported to the Erie County Society for the Prevention of Cruelty to Animals, 205 Ensminger Road, Town of Tonawanda, New York, 875-7360.



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
03/30/2022 13:02

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| ANDERSON, CARYN E. | Lieutenant | B District | 09/17/2015 |
| BEYER, JOHN F. | Lieutenant | B District | 12/16/2014 |
| CASTILLO, MARQUEST V. | Lieutenant | B District | 06/09/2015 |
| DELONG, MICHAEL A. | Lieutenant | B District | 11/13/2015 |
| DOWELL, SHAWN | Lieutenant | B District | 06/01/2015 |
| DOWNS, TIMOTHY S. | Lieutenant | B District | 06/16/2015 |
| FLANAGAN, PAUL J. | Lieutenant | B District | 04/07/2015 |
| JAJKOWSKI, JEFFREY | Lieutenant | B District | 10/22/2015 |
| JUDGE, VINCENT J. | Lieutenant | B District | 05/12/2015 |
| MCALISTER, TODD C. | Lieutenant | B District | 06/16/2015 |
| MUHAMMAD, LARRY | Lieutenant | B District | 06/24/2015 |
| NIGRELLI, PETER C. | Lieutenant | B District | 01/27/2017 |
| SHEA, ANDREW J. | Lieutenant | B District | 05/12/2015 |
| ZANGARA, RALPH | Lieutenant | B District | 10/29/2015 |
| BANNISTER, JOHN R. | Detective | B District | 06/04/2015 |
| DIPASQUALE, MARC A. | Detective | B District | 05/12/2015 |
| GARLAND, TIFFANY N. | Detective | B District | 11/26/2015 |
| MILITELLO, CHARLES G. | Detective | B District | 01/27/2017 |
| OLMSTEAD, JASMINE M. | Detective | B District | 10/29/2015 |
| OLMSTEAD, JASMINE M. | Detective | B District | 06/24/2015 |
| ACOSTA, DAVID F. | Police Officer | B District | 06/16/2015 |
| AMOIA, ASHLEE M. | Police Officer | B District | 06/12/2017 |
| AMOS, DEVANTE' | Police Officer | B District | 06/12/2017 |
| AUGUSTYN, ERIC A. | Police Officer | B District | 06/16/2015 |
| AUGUSTYN, ERIC A. | Police Officer | B District | 11/13/2015 |
| BAGGOTT, PATRICK P. | Police Officer | B District | 02/26/2015 |
| BARLOW, NAMON L. | Police Officer | B District | 06/01/2015 |
| BRINSON, MELISSA G. | Police Officer | B District | 10/29/2015 |
| BRYANT, QUENTIN M. | Police Officer | B District | 02/08/2018 |
| BURKE, JORDAN M. | Police Officer | B District | 11/24/2016 |
| CARTER, KEITH A. | Police Officer | B District | 03/27/2017 |
| CIERNIAK, LAUREN | Police Officer | B District | 06/01/2015 |
| CRAIG, JOSHUA T. | Police Officer | B District | 06/26/2015 |
| DIXON, FRANK | Police Officer | B District | 11/13/2015 |
| DOMROS, JOSHUA B. | Police Officer | B District | 06/09/2015 |
| DRESSLER, ZACHARY J. | Police Officer | B District | 03/27/2017 |
| DUFFY, THOMAS R. | Police Officer | B District | 10/29/2015 |
| ECK, PATRICK L. | Police Officer | B District | 03/27/2017 |
| ESPINOSA, CORY M. | Police Officer | B District | 05/25/2015 |
| ESPINOSA, CORY M. | Police Officer | B District | 11/13/2015 |
| FERRO, VICTOR J. | Police Officer | B District | 06/12/2017 |
| FERRUCCI, CARISSA L. | Police Officer | B District | 03/27/2017 |
| FOSTER, MAURICE | Police Officer | B District | 06/01/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

*Report Printed on*
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| CONNOLLY, JEREMY | Captain | A District | 08/09/2016 |
| OVERDORF, PATRICK O. | Captain | A District | 05/12/2015 |
| BARCZAK, DAVID J. | Lieutenant | A District | 10/19/2015 |
| BARCZAK, DAVID J. | Lieutenant | A District | 05/25/2016 |
| DANNER, ROBERT L. | Lieutenant | A District | 02/26/2015 |
| ENGLISH, THOMAS P. | Lieutenant | A District | 03/17/2017 |
| HARRISON, AUTUMN R. | Lieutenant | A District | 02/19/2015 |
| HEIDINGER, CAITLIN M. | Lieutenant | A District | 06/04/2015 |
| HEIDINGER, CAITLIN M. | Lieutenant | A District | 09/17/2015 |
| KOCOL, PETER L. | Lieutenant | A District | 02/19/2015 |
| LABEDZ, DARREN | Lieutenant | A District | 10/22/2015 |
| LABEDZ, DARREN | Lieutenant | A District | 06/04/2015 |
| MANLEY, RICHARD P. | Lieutenant | A District | 06/09/2015 |
| MCANDREW, JAMES R. | Lieutenant | A District | 06/01/2015 |
| MORROW, PATRICK E. | Lieutenant | A District | 06/24/2015 |
| NIGRO, JOSEPH F. | Lieutenant | A District | 06/24/2015 |
| PANUS, JAMES | Lieutenant | A District | 06/04/2015 |
| SULLIVAN, MICHAEL R. | Lieutenant | A District | 05/25/2016 |
| SULLIVAN, MICHAEL R. | Lieutenant | A District | 10/19/2015 |
| CONNORS, BRIAN | Detective | A District | 06/16/2015 |
| HERBERT, NICHOLAS R. | Detective | A District | 09/17/2015 |
| HERBERT, THOMAS W. | Detective | A District | 05/22/2015 |
| KING, FRANKLYN E. | Detective | A District | 06/04/2015 |
| SHEA, ANTHONY O. | Detective | A District | 05/12/2015 |
| ADAMS, MICHAEL A. | Police Officer | A District | 06/04/2015 |
| BAGGOTT, LIAM P. | Police Officer | A District | 01/27/2017 |
| BAKER, IAN C. | Police Officer | A District | 09/17/2015 |
| BANNISTER, SARAH A. | Police Officer | A District | 02/08/2018 |
| BANNISTER, SARAH A. | Police Officer | A District | 02/08/2018 |
| BERNDT, LISA L. | Police Officer | A District | 06/24/2015 |
| BERNDT, LISA L. | Police Officer | A District | 09/17/2015 |
| BIGELOW, JUDITH M. | Police Officer | A District | 06/04/2015 |
| BRAUTLACHT, KEVIN J. | Police Officer | A District | 02/19/2015 |
| BRIDGETT, CHRISTOPHER D. | Police Officer | A District | 11/24/2016 |
| CASEY, DENISE M. | Police Officer | A District | 06/04/2015 |
| CASILLAS, NIKKO A. | Police Officer | A District | 06/11/2018 |
| CLEMONS, JONATHAN | Police Officer | A District | 02/19/2015 |
| CLIFFORD, CHARLES | Police Officer | A District | 09/17/2015 |
| CORONADO, LIDA M. | Police Officer | A District | 06/11/2018 |
| COUGHLIN, BENJAMIN G. | Police Officer | A District | 03/27/2017 |
| CREAHAN, MAVOURNEEN B. | Police Officer | A District | 03/27/2017 |
| CULLEN, BRENDAN J. | Police Officer | A District | 12/24/2018 |
| CULLEN, CHAD M. | Police Officer | A District | 05/25/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
03/30/2022 13:02

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| CULLEN, CHAD M. | Police Officer | A District | 06/24/2015 |
| DAVIDSON, JOHN M. | Police Officer | A District | 06/12/2017 |
| DICKINSON, KYMA J. | Police Officer | A District | 06/04/2015 |
| DISARNO, KATHLEEN | Police Officer | A District | 02/19/2015 |
| DIXON, COREY J. | Police Officer | A District | 03/27/2017 |
| DIXON, JOHN | Police Officer | A District | 06/04/2015 |
| FAAS, KATELYN M. | Police Officer | A District | 02/08/2018 |
| FAAS, KATELYN M. | Police Officer | A District | 02/08/2018 |
| GODIOS, SEAN M. | Police Officer | A District | 06/24/2015 |
| GRANDE, ROBERT J. | Police Officer | A District | 03/27/2017 |
| GRIFFIN, BRIAN O. | Police Officer | A District | 05/12/2015 |
| HAYDEN, DOUGLAS P. | Police Officer | A District | 06/04/2015 |
| HEALY, MICHAEL J. | Police Officer | A District | 06/04/2015 |
| HOWELLS, NICHOLAS A. | Police Officer | A District | 06/12/2017 |
| IAFALLO, DANIEL T. | Police Officer | A District | 06/04/2015 |
| JERABEK, MARC S. | Police Officer | A District | 06/04/2015 |
| KEATON, SARA JO | Police Officer | A District | 06/24/2015 |
| KESSLER, DENNIS J. | Police Officer | A District | 06/04/2015 |
| LASKA, LONNY J. | Police Officer | A District | 06/04/2015 |
| LEWIS, BRENDAN M. | Police Officer | A District | 03/27/2017 |
| LOPEZ, EDDIE A. | Police Officer | A District | 09/17/2015 |
| MARYANSKI, NATHAN R. | Police Officer | A District | 09/17/2015 |
| MAZURCZAK, KEITH R. | Police Officer | A District | 06/12/2017 |
| MCDONALD, PATRICK M. | Police Officer | A District | 02/19/2015 |
| MESSINA, JOHN J. | Police Officer | A District | 02/26/2015 |
| MOORE, MICHAEL P. | Police Officer | A District | 06/04/2015 |
| MORIARITY, AMANE R. | Police Officer | A District | 03/27/2017 |
| MORIARITY, KYLE T. | Police Officer | A District | 11/24/2016 |
| NOWAK, ERICA L. | Police Officer | A District | 06/12/2017 |
| ONEILL, TIMOTHY P. | Police Officer | A District | 10/29/2015 |
| PAPISZ, BOHDAN | Police Officer | A District | 02/26/2015 |
| PARISI, NICHOLAS J. | Police Officer | A District | 06/16/2015 |
| PAUL, KATHLEEN M. | Police Officer | A District | 06/09/2015 |
| RACHUNA, DAVID M. | Police Officer | A District | 06/06/2016 |
| RAYE, DEWAYNE D. | Police Officer | A District | 06/04/2015 |
| RECHAN, RONALD P. | Police Officer | A District | 12/24/2018 |
| REED, CLAYTON P. | Police Officer | A District | 08/05/2015 |
| REESE, JAMES | Police Officer | A District | 09/17/2015 |
| ROSS, MICHAEL C. | Police Officer | A District | 06/04/2015 |
| ROTERT, MICHAEL J. | Police Officer | A District | 06/11/2018 |
| SALAZAR, JACOB P. | Police Officer | A District | 03/27/2017 |
| SALTER-BROWN, DEVIN D. | Police Officer | A District | 12/24/2018 |
| SERRANO-CARDONA, ERIK L. | Police Officer | A District | 06/04/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
03/30/2022 13:02

| Name | Rank | Assignment | Training Date |
|------|------|-----------|---------------|
| SERRANO-CARDONA, JAIME C. | Police Officer | A District | 09/17/2015 |
| SHELVAY, CHARLES E. | Police Officer | A District | 03/27/2017 |
| SIMONICK, JACOB M. | Police Officer | A District | 03/27/2017 |
| SIRACUSE, VICTORIA L. | Police Officer | A District | 12/27/2017 |
| SITARSKI, CARRIE L. | Police Officer | A District | 11/26/2015 |
| SKRZYNSKI, WALTER C. | Police Officer | A District | 03/27/2017 |
| STERLACE, LAUREN M. | Police Officer | A District | 10/29/2015 |
| STERLACE, LAUREN M. | Police Officer | A District | 05/25/2015 |
| STERLACE, NICHOLAS J. | Police Officer | A District | 05/25/2015 |
| WENDEL, JOSEPH | Police Officer | A District | 08/28/2018 |
| ZOLL, SEAN P. | Police Officer | A District | 09/17/2015 |
| MANN, PATRICK G. | Captain | Academy | 12/16/2014 |
| CURTIN, JAMES P. | Lieutenant | Academy | 05/25/2016 |
| STABLER, JAMES A. | Lieutenant | Academy | 10/22/2015 |
| KELLY, DEBRA D. | Police Officer | Academy | 04/23/2015 |
| KANE, CHRISTOPHER P. | Prob Police Officer | Academy | 12/24/2018 |
| LOGAL, JEFFREY J. | Prob Police Officer | Academy | 05/25/2015 |
| BECERRIL, ROBERTO | Police Officer | Academy - Defensive Tactics/Physical Training (DTPT) | 10/19/2015 |
| MIHALICS, JOSEPH | Police Officer | Academy - Defensive Tactics/Physical Training (DTPT) | 12/27/2017 |
| LATTANZIO, JOHN | Police Officer | Academy - General Topics | 10/29/2015 |
| OBRIEN, DAVID R. | Police Officer | Academy - General Topics | 05/22/2015 |
| ROBINSON, WILLIAM | Police Officer | Academy - General Topics | 12/16/2014 |
| RUSSO, KRISTIN W. | Police Officer | Academy - General Topics | 05/12/2015 |
| SERAFINI, PHILIP M. | Police Officer | Academy - General Topics | 02/26/2015 |
| SUTTER, JASON | Police Officer | Academy - General Topics | 10/05/2016 |
| LEATHERBARROW, THOMAS J. | Lieutenant | Accident Investigation | 01/27/2017 |
| ALVAREZ, STEVEN P. | Police Officer | Accident Investigation | 10/19/2015 |
| ANDRZEJAK, MARK | Police Officer | Accident Investigation | 06/09/2015 |
| HEIDINGER, ROBERT G. | Police Officer | Accident Investigation | 12/16/2014 |
| HENDERSON, ROSCOE | Police Officer | Accident Investigation | 10/22/2015 |
| KENNEDY, KEVIN M. | Police Officer | Accident Investigation | 01/01/2018 |
| MCANDREWS, MICHAEL | Police Officer | Accident Investigation | 02/26/2015 |
| MCCULLEY, LAMAR | Police Officer | Accident Investigation | 06/09/2015 |
| MCDONALD, LINDA M. | Police Officer | Accident Investigation | 02/19/2015 |
| MEEGAN, ANDREA L. | Police Officer | Accident Investigation | 10/22/2015 |
| PETRICCA, JOHN A. | Police Officer | Accident Investigation | 10/22/2015 |
| STOVER-KELLY, VALERIE D. | Lieutenant | Accreditation Lieutenant | 05/25/2016 |
| JONES, THELMA E. | Chief | B District | 05/07/2015 |
| BLESY, SCOTT A. | Captain | B District | 01/27/2017 |
| BLESY, SCOTT A. | Captain | B District | 06/01/2015 |
| WALKER, MICHAEL | Captain | B District | 06/01/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

*Report Printed on*
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|------|------|------------|---------------|
| GIDNEY, CHARLES | Police Officer | B District | 11/13/2015 |
| GIZZO, FRANK J. | Police Officer | B District | 01/27/2017 |
| GOLSTON, LARRY | Police Officer | B District | 06/01/2015 |
| GONZALEZ, VIRGILIO | Police Officer | B District | 05/25/2015 |
| GORETTI, PETER J. | Police Officer | B District | 11/24/2016 |
| GUADALUPE, ADRIAN A. | Police Officer | B District | 09/04/2018 |
| HAAS, MICHAEL L. | Police Officer | B District | 02/26/2015 |
| HARLACH, THOMAS J. | Police Officer | B District | 06/04/2015 |
| HARRISON, SHAWN D. | Police Officer | B District | 11/13/2015 |
| HAYASHI, JULIAN A. | Police Officer | B District | 03/27/2017 |
| HENSLEY, DAVID M. | Police Officer | B District | 03/27/2017 |
| HILMEY, MARK J. | Police Officer | B District | 05/25/2015 |
| HOLTZ, SHERRY A. | Police Officer | B District | 10/29/2015 |
| JOHNSON, ISAAC K. | Police Officer | B District | 11/13/2015 |
| KARADZHAYEV, ELNUR S. | Police Officer | B District | 06/12/2017 |
| KARBOWSKI, THOMAS E. | Police Officer | B District | 03/27/2017 |
| KELLEY, JOHN H. | Police Officer | B District | 06/12/2017 |
| KOCHERSBERGER, RODNEY G. | Police Officer | B District | 02/08/2018 |
| KOCHERSBERGER, RODNEY G. | Police Officer | B District | 02/08/2018 |
| KOHL, KEVIN A. | Police Officer | B District | 03/27/2017 |
| LITTERE, DAVID | Police Officer | B District | 01/27/2017 |
| LITTERE, DAVID | Police Officer | B District | 06/24/2015 |
| LITTLEJOHN, CEDRIC | Police Officer | B District | 11/13/2015 |
| MALONEY, CHAD | Police Officer | B District | 06/24/2015 |
| MAY, MARY A. | Police Officer | B District | 11/13/2015 |
| MCGRATH, LYNN | Police Officer | B District | 10/29/2015 |
| MEEGAN, PATRICK J. | Police Officer | B District | 11/26/2015 |
| MELI, JOSEPH A. | Police Officer | B District | 02/08/2018 |
| MELI, JOSEPH A. | Police Officer | B District | 02/08/2018 |
| MONTES, FERDINAND | Police Officer | B District | 06/12/2017 |
| MORIN, ZACKARY D. | Police Officer | B District | 12/24/2018 |
| MOTT, MARLENE D. | Police Officer | B District | 11/13/2015 |
| MURTHA, PATRICK K. | Police Officer | B District | 10/29/2015 |
| OBRIEN, MARIETTE | Police Officer | B District | 10/29/2015 |
| OLEJNICZAK, THOMAS J. | Police Officer | B District | 06/12/2017 |
| PAGE, MICHELLE L. | Police Officer | B District | 12/27/2017 |
| PERILLO, LISA C. | Police Officer | B District | 06/24/2015 |
| PITTS, JUSTIN J. | Police Officer | B District | 12/24/2018 |
| QUINCY, ALEXANDER M. | Police Officer | B District | 06/12/2017 |
| RAMAGE, EDWARD L. | Police Officer | B District | 06/12/2017 |
| RIVERA, LUIS A. | Police Officer | B District | 06/12/2017 |
| SCHULTZ, KARL B. | Police Officer | B District | 03/17/2017 |
| STUCKEY, BIRON J. | Police Officer | B District | 06/11/2018 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
03/30/2022 13:02

| Name | Rank | Assignment | Training Date |
|------|------|-----------|---------------|
| TAYLOR, DENNIS C. | Police Officer | B District | 06/16/2015 |
| TIRADO, OMAR A. | Police Officer | B District | 06/16/2015 |
| TORGALSKI, AARON M. | Police Officer | B District | 06/01/2015 |
| TRIPP, MARK K. | Police Officer | B District | 10/29/2015 |
| TYSON, JOSEPH T. | Police Officer | B District | 06/12/2017 |
| WAGNER, GEORGE C. | Police Officer | B District | 06/01/2015 |
| WILLIAMS, ZACHARY D. | Police Officer | B District | 02/26/2015 |
| WILLIAMS, ZACHARY D. | Police Officer | B District | 06/01/2015 |
| WILSON, CHRISTOPHER C. | Police Officer | B District | 06/11/2018 |
| WITASZEK, EDWARD L. | Police Officer | B District | 06/01/2015 |
| YEATES, ANGELA B. | Police Officer | B District | 10/29/2015 |
| YEATES, ANGELA B. | Police Officer | B District | 06/01/2015 |
| ZSIROS, JUSTIN L. | Police Officer | B District | 05/25/2015 |
| ANDERSON, MARCUS D. | Prob Police Officer | B District | 03/27/2017 |
| BINDICS, JAMES W. | Prob Police Officer | B District | 12/27/2017 |
| JOHNSON, MARK V. | Prob Police Officer | B District | 06/11/2018 |
| CIEPLY, DAVID | Lieutenant | Behavioral Health Team | 04/07/2015 |
| ZIPP, STEPHEN W. | Lieutenant | Behavioral Health Team | 06/09/2015 |
| BARLOW, KATELYNN S. | Police Officer | Behavioral Health Team | 03/27/2017 |
| HAWKINS, BRANDON | Police Officer | Behavioral Health Team | 06/01/2015 |
| JOHNSON, DUSTIN | Police Officer | Behavioral Health Team | 10/22/2015 |
| SPARACINO, ROSANNE M. | Police Officer | Behavioral Health Team | 01/27/2017 |
| WAGSTAFF, JAYSON M. | Police Officer | Behavioral Health Team | 03/27/2017 |
| WOJTASIK, DAVID W. | Police Officer | Behavioral Health Team | 11/13/2015 |
| LEE, ROBERT E. | Chief | C District | 06/26/2015 |
| LANGDON, JOSEPH | Captain | C District | 05/22/2015 |
| WHITENIGHT, JASON | Captain | C District | 06/26/2015 |
| ABDUL-WAHED, IBRAHIM H. | Lieutenant | C District | 04/07/2015 |
| AMBELLAN, MARK D. | Lieutenant | C District | 05/12/2015 |
| HOFFSTETTER, WILLIAM T. | Lieutenant | C District | 02/26/2015 |
| MERCURIO, ROBERT J. | Lieutenant | C District | 06/04/2015 |
| PITTS, BRADFORD I. | Lieutenant | C District | 12/16/2014 |
| QUINN, KEVIN C. | Lieutenant | C District | 05/12/2015 |
| ROGERS, THOMAS | Lieutenant | C District | 02/26/2015 |
| SEITZ, JOHN P. | Lieutenant | C District | 02/24/2016 |
| SULLIVAN, JOHN | Lieutenant | C District | 05/22/2015 |
| TOMASULA, KRIS S. | Lieutenant | C District | 09/17/2015 |
| TRIPP, COURTNEY A. | Lieutenant | C District | 05/22/2015 |
| VELEZ, JENNY M. | Lieutenant | C District | 01/12/2015 |
| HEIDINGER, ERIN E. | Detective | C District | 01/12/2015 |
| KLINE, EILEEN M. | Detective | C District | 09/17/2015 |
| SCHNELLE, JASON K. | Detective | C District | 06/26/2015 |
| SKALSKI, NICHOLAS C. | Detective | C District | 06/26/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|------|------|-----------|---------------|
| ALLMAN, PADRAIC O. | Police Officer | C District | 05/12/2015 |
| AMMERMAN, RONALD J. | Police Officer | C District | 11/24/2016 |
| BENNETT, AARON J. | Police Officer | C District | 05/25/2015 |
| BEYERS, JOSEPH M. | Police Officer | C District | 06/11/2018 |
| BRENNAN, DEREK P. | Police Officer | C District | 06/12/2017 |
| BURVID, ANTHONY J. | Police Officer | C District | 06/11/2018 |
| CLAPP, STEPHEN C. | Police Officer | C District | 03/27/2017 |
| CLARK, RONALD | Police Officer | C District | 05/12/2015 |
| COSEGLIA, DEVIN O. | Police Officer | C District | 06/12/2017 |
| DAGOSTINO, ANTHONY J. | Police Officer | C District | 05/25/2015 |
| DANIEL, PATINA N. | Police Officer | C District | 06/12/2017 |
| DEVANEY, ANN W. | Police Officer | C District | 03/17/2017 |
| DONOVAN, DONNA | Police Officer | C District | 11/13/2015 |
| FEARS, MARCUS | Police Officer | C District | 06/26/2015 |
| FORERO, MICHAEL A. | Police Officer | C District | 06/11/2018 |
| GANLEY, LUKE W. | Police Officer | C District | 04/07/2015 |
| GANLEY, LUKE W. | Police Officer | C District | 06/26/2015 |
| GARRY, PATRICK S. | Police Officer | C District | 03/27/2017 |
| GIARRANO, JAKE J. | Police Officer | C District | 06/12/2017 |
| GOODSPEED, MICHAEL A. | Police Officer | C District | 12/24/2018 |
| GORSKI-SCHILLO, PAMELA L. | Police Officer | C District | 07/26/2016 |
| HANOVER, JONATHAN J. | Police Officer | C District | 09/01/2017 |
| HEMPHILL, OLIVER | Police Officer | C District | 03/17/2017 |
| HURST, MARC J. | Police Officer | C District | 01/27/2017 |
| JACKSON, JONATHAN R. | Police Officer | C District | 03/27/2017 |
| JOHNSON, NICHOLAS V. | Police Officer | C District | 06/12/2017 |
| KALCZYNSKI, NICHOLAS R. | Police Officer | C District | 03/27/2017 |
| KESSLER, TAYLOR M. | Police Officer | C District | 12/27/2017 |
| KRUG, DANIEL J. | Police Officer | C District | 12/24/2018 |
| KRUG, MATTHEW J. | Police Officer | C District | 12/24/2018 |
| LEHNER, MICHAEL J. | Police Officer | C District | 05/12/2015 |
| LENGEL, JORDAN B. | Police Officer | C District | 12/27/2017 |
| LOCKE, PAUL B. | Police Officer | C District | 12/24/2018 |
| LOPEZ, RICHARD C. | Police Officer | C District | 02/26/2015 |
| MASSICCI, PETER J. | Police Officer | C District | 01/27/2017 |
| MOFFETT, ANDREW T. | Police Officer | C District | 03/27/2017 |
| NAGY, BRIAN A. | Police Officer | C District | 03/27/2017 |
| NEAL, JACQUELIN R. | Police Officer | C District | 12/27/2017 |
| NUNEZ, RAUL J. | Police Officer | C District | 11/24/2016 |
| OVERDORF, BRENDAN B. | Police Officer | C District | 06/11/2018 |
| OVERDORF, SEAN F. | Police Officer | C District | 12/24/2018 |
| PATTERSON, AB J. | Police Officer | C District | 03/27/2017 |
| REYNOLDS, DEMETRIUS L. | Police Officer | C District | 06/12/2017 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|------|------|------------|---------------|
| SAMPSON, CLARENCE J. | Police Officer | C District | 01/12/2015 |
| SANTANA, DAVID T. | Police Officer | C District | 03/17/2017 |
| SAUNDERS, DEQUINN | Police Officer | C District | 02/08/2018 |
| SAUNDERS, DEQUINN | Police Officer | C District | 02/08/2018 |
| SCHEU, MICHAEL C. | Police Officer | C District | 05/12/2015 |
| SIERK, STEVEN | Police Officer | C District | 06/26/2015 |
| SKIPPER, CHARLES J. | Police Officer | C District | 12/16/2014 |
| STATES, ROBERT M. | Police Officer | C District | 06/12/2017 |
| STEVENS, CRAIG | Police Officer | C District | 06/12/2017 |
| SULLIVAN, GERALD F. | Police Officer | C District | 02/26/2015 |
| SULLIVAN, RUSSELL R. | Police Officer | C District | 03/27/2017 |
| TABORN, ALLYSA M. | Police Officer | C District | 11/24/2016 |
| VAUGHN, MATTHEW J. | Police Officer | C District | 12/27/2017 |
| WALTER, BRIAN M. | Police Officer | C District | 06/12/2017 |
| WALTERS, JOSEPH W. | Police Officer | C District | 12/16/2014 |
| WHITAKER, JAMES H. | Police Officer | C District | 06/26/2015 |
| WILLIAMS, ALDO D. | Police Officer | C District | 06/12/2017 |
| WITKOWSKI, CARLTON W. | Police Officer | C District | 06/26/2015 |
| ZAK, THOMAS G. | Police Officer | C District | 02/26/2015 |
| RECHIN, ANDREW T. | Prob Police Officer | C District | 06/11/2018 |
| BANASZAK, DERRICK R. | Captain | City Court Booking | 04/07/2015 |
| BLATCHFORD, RONNY A. | Lieutenant | City Court Booking | 06/01/2015 |
| HUNTER, ANQUELA M. | Lieutenant | City Court Booking | 05/22/2015 |
| LABBY, EDMOND J. | Lieutenant | City Court Booking | 06/16/2015 |
| LLOYD, ANDRE M. | Lieutenant | City Court Booking | 11/13/2015 |
| SHERIDAN, ROBERT P. | Lieutenant | City Court Booking | 05/12/2015 |
| STANCHAK, LINDA D. | Lieutenant | City Court Booking | 06/24/2015 |
| WATKINS, IVAN A. | Lieutenant | City Court Booking | 02/26/2015 |
| WRIGHT, ALPHONSO | Deputy Police Commissioner | Commissioners Office | 11/13/2015 |
| BLAKE, WILLIAM P. | Inspector | Commissioners Office | 11/13/2015 |
| BEYER, AMBER | Captain | Commissioners Office | 10/29/2015 |
| CHAMPION, TOMMY | Captain | Commissioners Office | 04/07/2015 |
| MACY, WILLIAM C. | Lieutenant | Commissioners Office | 12/16/2014 |
| ODONNELL, JAMES C. | Lieutenant | Commissioners Office | 01/27/2017 |
| WHELAN, THOMAS R. | Lieutenant | Commissioners Office | 12/16/2014 |
| BENITEZ, DONNA M. | Detective | Commissioners Office | 06/16/2015 |
| HAMILTON, MARK | Detective | Commissioners Office | 12/16/2014 |
| DOCTOR, MICHAEL | Police Officer | Commissioners Office | 06/16/2015 |
| GILBERT, DENNIS R. | Police Officer | Commissioners Office | 05/12/2015 |
| KURDZIEL, DANIEL B. | Police Officer | Commissioners Office | 03/03/2016 |
| LOMASNEY, PAUL M. | Police Officer | Commissioners Office | 06/09/2015 |
| NOLAN, COLLEEN | Police Officer | Commissioners Office | 11/21/2016 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|------|------|------------|---------------|
| PARISEAU, AARON | Police Officer | Commissioners Office | 12/16/2014 |
| RACHUNA, BRIAN S. | Police Officer | Commissioners Office | 04/21/2016 |
| STUTZ, JENNIFER H. | Police Officer | Commissioners Office | 04/07/2015 |
| STUTZ, JENNIFER H. | Police Officer | Commissioners Office | 06/24/2015 |
| THOMAS, MITCHELL J. | Police Officer | Commissioners Office | 12/27/2017 |
| TOY, MICHAEL A. | Police Officer | Commissioners Office | 06/16/2015 |
| TUZZOLINO, JILL M. | Police Officer | Commissioners Office | 06/01/2015 |
| KOPP, DOUGLAS | Lieutenant | Communications (911) | 06/16/2015 |
| MCDUFFIE, DARREN J. | Lieutenant | Communications (911) | 12/16/2014 |
| MCHUGH, ANTHONY J. | Lieutenant | Communications (911) | 02/26/2015 |
| FRANKEL, HARVEY | Detective Sergeant | Crime Scene Unit | 01/27/2017 |
| FRANKEL, HARVEY | Detective Sergeant | Crime Scene Unit | 05/24/2017 |
| GERACE, CHRISTOPHER J. | Detective | Crime Scene Unit | 05/24/2017 |
| MARONEY, JAMES | Detective | Crime Scene Unit | 05/24/2017 |
| STARKEY, THOMAS M. | Detective | Crime Scene Unit | 01/27/2017 |
| VELEZ, HENRY | Detective | Crime Scene Unit | 05/24/2017 |
| FAHEY, JOSEPH | Chief | D District | 02/19/2015 |
| ROACH ADEYEMO, LASHONDRA | Captain | D District | 06/04/2015 |
| TESTA, SCOTT A. | Captain | D District | 02/26/2015 |
| BORCZYNSKI, AARON M. | Lieutenant | D District | 05/22/2015 |
| HOFSCHNEIDER, ERIC | Lieutenant | D District | 10/22/2015 |
| KUBALA, MICHELLE R. | Lieutenant | D District | 10/22/2015 |
| LARKE, JIMMIE III | Lieutenant | D District | 06/24/2015 |
| LEWIS, ISMAIL N. | Lieutenant | D District | 10/22/2015 |
| MARCH, MICHAEL | Lieutenant | D District | 10/22/2015 |
| MORDINO, CHRISTOPHER | Lieutenant | D District | 10/22/2015 |
| MORETTI, WILLIAM J. | Lieutenant | D District | 10/22/2015 |
| MURRAY, HEATHER M. | Lieutenant | D District | 01/12/2015 |
| RIVERS, AMANDA L. | Lieutenant | D District | 04/07/2015 |
| SCHULZ, STEPHEN P. | Lieutenant | D District | 06/16/2015 |
| SWAGGARD, MARK A. | Lieutenant | D District | 11/13/2015 |
| THOMAS, ROBBIN M. | Lieutenant | D District | 10/03/2016 |
| TURELLO, KARIN F. | Lieutenant | D District | 06/09/2015 |
| CARLSON, LAURA J. | Detective | D District | 06/16/2015 |
| GRAEBER, WILLIAM P. | Detective | D District | 06/09/2015 |
| HALLIGAN, COURTNEY M. | Detective | D District | 11/26/2015 |
| HASSETT, JOSEPH R. | Detective | D District | 12/16/2014 |
| OREFICE, CHRISTOPHER J. | Detective | D District | 04/07/2015 |
| TEDESCO, JUSTIN P. | Detective | D District | 08/06/2018 |
| ABDALLAH, MOHAMMAD F. | Police Officer | D District | 03/27/2017 |
| AMPLEMENT, LYNN M. | Police Officer | D District | 12/24/2018 |
| ANDRIACCIO, ANGELICA L. | Police Officer | D District | 05/25/2015 |
| ANDRIACCIO, ANGELICA L. | Police Officer | D District | 10/22/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| AVOLIO, ANTHONY M. | Police Officer | D District | 03/27/2017 |
| AYALA, JUSTIN A. | Police Officer | D District | 12/24/2018 |
| BANAS, ANTHONY J. | Police Officer | D District | 06/11/2018 |
| BAXTER, TYLER A. | Police Officer | D District | 12/24/2018 |
| BIRNER, AMANDA L. | Police Officer | D District | 03/27/2017 |
| BOLDEN, TERRELL A. | Police Officer | D District | 11/24/2016 |
| BOZEK, KRISTIN A. | Police Officer | D District | 03/27/2017 |
| BRIDGE, KEVIN M. | Police Officer | D District | 06/09/2015 |
| BRITZZALARO, JOHN F. | Police Officer | D District | 01/22/2018 |
| BRITZZALARO, JOHN F. | Police Officer | D District | 02/08/2018 |
| BROWN, DARCIE L. | Police Officer | D District | 12/24/2018 |
| BYNUM, KLYDE A. | Police Officer | D District | 03/27/2017 |
| CARLSON, DANIEL L. | Police Officer | D District | 09/04/2018 |
| CASILLAS, OBED | Police Officer | D District | 06/09/2015 |
| CINO, THOMAS P. | Police Officer | D District | 10/22/2015 |
| COLOSIMO, CHRISTINA M. | Police Officer | D District | 10/19/2015 |
| CRUZ, RICHARD S. | Police Officer | D District | 06/24/2015 |
| D'AMICO, KAITLYN A. | Police Officer | D District | 12/27/2017 |
| DONOVAN, JOHN F. | Police Officer | D District | 12/24/2018 |
| EDWARDS, PHILIP I. | Police Officer | D District | 06/24/2015 |
| EDWARDS, PHILIP I. | Police Officer | D District | 05/25/2015 |
| GATTI, FRANK J. | Police Officer | D District | 06/09/2015 |
| GEHR, RYAN A. | Police Officer | D District | 03/27/2017 |
| HAETTICH, MORGAN M. | Police Officer | D District | 03/27/2017 |
| HEDBERG, ADAM R. | Police Officer | D District | 03/27/2017 |
| HINTERBERGER, PHILIP M. | Police Officer | D District | 03/27/2017 |
| HOLLINGER, JOSEPH W. | Police Officer | D District | 12/24/2018 |
| HORNBERGER, JENNA E. | Police Officer | D District | 06/11/2018 |
| HUMMEL, JAMES | Police Officer | D District | 10/22/2015 |
| JAMES, THOMAS | Police Officer | D District | 10/22/2015 |
| JOBSON, BENJAMIN R. | Police Officer | D District | 06/12/2017 |
| JOHNSON, KEREEM K. | Police Officer | D District | 12/24/2018 |
| JONES, DARWIN | Police Officer | D District | 06/24/2015 |
| KAUSCH, MICHAEL A. | Police Officer | D District | 06/24/2015 |
| LARACUENTE-ZGOD, LINDSAY A. | Police Officer | D District | 06/09/2015 |
| LEISCK, BRITTANY L. | Police Officer | D District | 06/11/2018 |
| LESNIAK, STEPHEN R. | Police Officer | D District | 11/24/2016 |
| LIS, WILLIAM C. | Police Officer | D District | 06/12/2017 |
| MAKOWSKI, KURT S. | Police Officer | D District | 06/12/2017 |
| MATYJASIK, JAMES D. | Police Officer | D District | 12/24/2018 |
| MCCABE, ROBERT J. | Police Officer | D District | 09/04/2018 |
| MCDONALD, BENJAMIN J. | Police Officer | D District | 06/24/2015 |
| MITCHELL, FINESSE D. | Police Officer | D District | 03/27/2017 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| MONTEFORTE, ALBERT | Police Officer | D District | 06/24/2015 |
| NYE, RYAN C. | Police Officer | D District | 02/08/2018 |
| NYE, RYAN C. | Police Officer | D District | 02/08/2018 |
| OLIVENCIA, MICHAEL A. | Police Officer | D District | 06/11/2018 |
| PEREZ, ELAINA E. | Police Officer | D District | 06/11/2018 |
| REESE, JUSTIN W. | Police Officer | D District | 12/24/2018 |
| REEVES, LAMAR R. | Police Officer | D District | 06/09/2015 |
| RIVERA, JOSE M. | Police Officer | D District | 03/27/2017 |
| ROBINSON, BRENDEN J. | Police Officer | D District | 02/08/2018 |
| ROBINSON, BRENDEN J. | Police Officer | D District | 02/08/2018 |
| RODGERS, AMBER C. | Police Officer | D District | 12/27/2017 |
| ROGOWSKI, CHELSEY L. | Police Officer | D District | 06/11/2018 |
| RUDNICKI, PAUL A. | Police Officer | D District | 09/17/2015 |
| SERAFINI, MATTHEW E. | Police Officer | D District | 06/11/2018 |
| THOMAS, ANDREW R. | Police Officer | D District | 06/24/2015 |
| URBANSKI, RYAN M. | Police Officer | D District | 06/11/2018 |
| WALLACE, ANTONIO M. | Police Officer | D District | 06/11/2018 |
| YANT, NICHOLAS A. | Police Officer | D District | 11/24/2016 |
| ZAPPIA, STEVEN A. | Police Officer | D District | 06/11/2018 |
| BOICE, CAMERON M. | Prob Police Officer | D District | 11/24/2016 |
| GRIFFIN, MARCUS J. | Prob Police Officer | D District | 03/27/2017 |
| KENYON, FELISHA M. | Prob Police Officer | D District | 11/24/2016 |
| BAKER, ELIZABETH A. | Lieutenant | Dog Handler | 10/29/2015 |
| AHEARN, DANIEL G. | Police Officer | Dog Handler | 06/09/2015 |
| BAUER, MICHAEL J. | Police Officer | Dog Handler | 12/16/2014 |
| DOMARACKI, JARED | Police Officer | Dog Handler | 12/16/2014 |
| MIKAC, STEPHEN | Police Officer | Dog Handler | 06/16/2015 |
| RICHARDS, MATTHEW A. | Police Officer | Dog Handler | 06/09/2015 |
| KASKA, MELINDA M. | Captain | E District | 05/12/2015 |
| FIELDS, CHRISTOPHER P. | Lieutenant | E District | 12/16/2014 |
| GOODSPEED, MARK | Lieutenant | E District | 05/12/2015 |
| HOSKING, JAMES D. | Lieutenant | E District | 04/07/2015 |
| MARITATO, MICHAEL A. | Lieutenant | E District | 06/09/2015 |
| MCDOWELL, AARON C. | Lieutenant | E District | 06/24/2015 |
| MYERS, DONALD J. | Lieutenant | E District | 05/22/2015 |
| ONEILL, GARRETT M. | Lieutenant | E District | 06/04/2015 |
| ONEILL, GARRETT M. | Lieutenant | E District | 09/17/2015 |
| PERROTT, TIMOTHY R. | Lieutenant | E District | 04/07/2015 |
| PIETRZAK, JONATHAN | Lieutenant | E District | 04/07/2015 |
| SANTIAGO, NICOLE M. | Lieutenant | E District | 06/16/2015 |
| SMITH, ALLEN | Lieutenant | E District | 11/13/2015 |
| SULLIVAN, MEGHAN K. | Lieutenant | E District | 06/09/2015 |
| THOMAS, MITCHELL J. | Lieutenant | E District | 10/19/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| CISZEK, TERRANCE M. | Detective | E District | 05/07/2015 |
| CRESPO, RYAN B. | Detective | E District | 06/24/2015 |
| ISCH, RACHAEL E. | Detective | E District | 10/19/2015 |
| NIGHTINGALE-GR, JAMES J. | Detective | E District | 05/12/2015 |
| ORTIZ, ALAN L. | Detective | E District | 05/22/2015 |
| WILSON, GAISHA B. | Detective | E District | 06/24/2015 |
| ADAMS, CLARENCE | Police Officer | E District | 12/18/2015 |
| ALBERTI, MARK J. | Police Officer | E District | 05/22/2015 |
| BARKER, JERMAINE E. | Police Officer | E District | 11/24/2016 |
| BARREN, BRENDAN M. | Police Officer | E District | 06/12/2017 |
| BAUER, CHRISTOPHER M. | Police Officer | E District | 06/12/2017 |
| BEAM, KEITH C. | Police Officer | E District | 03/27/2017 |
| BEAVERS, MICHAEL R. | Police Officer | E District | 10/19/2015 |
| BECKER, SCOTT H. | Police Officer | E District | 05/07/2015 |
| BLACKBURN, JOEL | Police Officer | E District | 05/25/2015 |
| BRIGGS, LAWRENCE L. | Police Officer | E District | 06/12/2017 |
| BYRD, EDWARD L. | Police Officer | E District | 06/12/2017 |
| CRANGLE, PATRICK J. | Police Officer | E District | 06/11/2018 |
| CULLY, KEVIN M. | Police Officer | E District | 12/24/2018 |
| DALGLEISH, ANDREW W. | Police Officer | E District | 06/11/2018 |
| DUSTIN, DANIEL K. | Police Officer | E District | 12/24/2018 |
| FERA, DEANNA | Police Officer | E District | 05/07/2015 |
| FERRENTINO, ANDREW M. | Police Officer | E District | 12/24/2018 |
| FOLCKEMER, WILLIAM R. | Police Officer | E District | 06/11/2018 |
| FRYER, CAMERON D. | Police Officer | E District | 03/27/2017 |
| FULLER, ERIC W. | Police Officer | E District | 04/07/2015 |
| GUNN, KIAM R. | Police Officer | E District | 09/04/2018 |
| HAIRSTON, CURTIS L. | Police Officer | E District | 03/27/2017 |
| HYNES, JAMES F. | Police Officer | E District | 06/11/2018 |
| IBRAHIM, MOHAMMAD S. | Police Officer | E District | 12/24/2018 |
| JOHNSON, LETONIO G. | Police Officer | E District | 09/01/2017 |
| JOHNSON, WILLIAM | Police Officer | E District | 01/12/2015 |
| KEDRON, ZACHARY A. | Police Officer | E District | 12/24/2018 |
| KIMMINS, DAVID F. | Police Officer | E District | 05/22/2015 |
| KINDZIERSKI, KEVIN | Police Officer | E District | 11/18/2015 |
| KINDZIERSKI, KEVIN | Police Officer | E District | 01/27/2017 |
| LEDWIN, JOSEPH F. | Police Officer | E District | 03/27/2017 |
| LENHARDT, CHRISTOPHER C. | Police Officer | E District | 06/12/2017 |
| LOWE, BRANDEN D. | Police Officer | E District | 06/11/2018 |
| LUCIANO, LYANA M. | Police Officer | E District | 03/27/2017 |
| MALCOLM, EDMUND L. | Police Officer | E District | 10/19/2015 |
| MARTIN, JOSEPH D. | Police Officer | E District | 12/24/2018 |
| MCCARTHY, JOSEPH D. | Police Officer | E District | 03/27/2017 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|------|------|------------|---------------|
| MCCARTHY, MICHAEL V. | Police Officer | E District | 12/24/2018 |
| MCDONALD, PATRICK J. | Police Officer | E District | 05/12/2015 |
| MCKNIGHT, TERRANCE A. | Police Officer | E District | 10/19/2015 |
| MCLEAN, NICHOLAS R. | Police Officer | E District | 12/24/2018 |
| MELLIGAN, NICHOLAS J. | Police Officer | E District | 06/11/2018 |
| MITCHELL, CHARLAN D. | Police Officer | E District | 12/27/2017 |
| MOFFETT, MICHAEL R. | Police Officer | E District | 10/19/2015 |
| MULHERN, SEAN E. | Police Officer | E District | 02/08/2018 |
| MULHERN, SEAN E. | Police Officer | E District | 02/08/2018 |
| MULLEN, JOSEPH F. | Police Officer | E District | 04/07/2015 |
| MURPHY, ERIN M. | Police Officer | E District | 11/26/2015 |
| MURPHY, KEVIN J. | Police Officer | E District | 11/26/2015 |
| NEGRON, SAMANTHA J. | Police Officer | E District | 12/27/2017 |
| NGUYEN, PETER T. | Police Officer | E District | 04/07/2015 |
| OTTEY, DAVON N. | Police Officer | E District | 03/27/2017 |
| OTTMAN, MAJED S. | Police Officer | E District | 01/27/2017 |
| PANEK, JOSEPH M. | Police Officer | E District | 06/12/2017 |
| REDMOND, MICHAEL J. | Police Officer | E District | 12/24/2018 |
| SANDERS, RYAN M. | Police Officer | E District | 06/12/2017 |
| SANTIAGO, ALARIC L. | Police Officer | E District | 06/11/2018 |
| SCHROEN, MATTHEW R. | Police Officer | E District | 06/12/2017 |
| SCHULZ, STEPHEN D. | Police Officer | E District | 01/27/2017 |
| SHEEHAN, TREVOR J. | Police Officer | E District | 05/25/2015 |
| SHROPSHIRE, VALERIE C. | Police Officer | E District | 10/19/2015 |
| SIMONIAN, JOHN J. | Police Officer | E District | 12/27/2017 |
| SMALL, WILLIAM C. | Police Officer | E District | 05/07/2015 |
| SUGGS-BARRONS, SHEILA V. | Police Officer | E District | 10/19/2015 |
| SULLIVAN, THOMAS P. | Police Officer | E District | 10/19/2015 |
| SUMBRUM, CONNOR N. | Police Officer | E District | 12/27/2017 |
| SUMMERS, CHRISTOPHER J. | Police Officer | E District | 03/27/2017 |
| THOMAS, MITCHELL R. | Police Officer | E District | 03/27/2017 |
| TWITTY, CLAYBORNE L. | Police Officer | E District | 04/07/2015 |
| WHITE, CHAUNCEY | Police Officer | E District | 01/27/2017 |
| WHITE, CHAUNCEY | Police Officer | E District | 04/07/2015 |
| WILSON, CLEVELAND S. | Police Officer | E District | 04/07/2015 |
| WORKMAN, VINCENT M. | Police Officer | E District | 11/24/2016 |
| MOJICA, ANA L. | Police Officer | Family Justice Center | 06/16/2015 |
| ANDERSON, NATASHA T. | Detective | Gun Violence Unit | 06/04/2015 |
| BANES, JEFFREY T. | Detective | Gun Violence Unit | 04/07/2015 |
| BONNER, JOSEPH E. | Detective | Gun Violence Unit | 06/26/2015 |
| JANUSZ, MELANIE A. | Detective | Gun Violence Unit | 11/21/2016 |
| JANUSZ, MELANIE A. | Detective | Gun Violence Unit | 04/07/2015 |
| KRUG, NICOLE T. | Detective | Gun Violence Unit | 02/26/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| MILLER, PETER J. | Detective | Gun Violence Unit | 05/22/2015 |
| SCHAFER, CHRISTOPHER J. | Detective | Gun Violence Unit | 06/09/2015 |
| WHITAKER, JENNIFER D. | Detective | Gun Violence Unit | 04/07/2015 |
| KEENAN, COLIN P. | Police Officer | Headquarters Detail | 03/27/2017 |
| FITZNER, KEITH | Detective Sergeant | Homicide Squad | 05/12/2015 |
| MCCABE, SEAN W. | Detective Sergeant | Homicide Squad | 04/07/2015 |
| KIEFER, BRENDAN J. | Detective | Homicide Squad | 01/27/2017 |
| KRUG, RAYMOND M. | Detective | Homicide Squad | 08/28/2018 |
| MAYHOOK, JASON M. | Detective | Homicide Squad | 01/27/2017 |
| ROONEY, TIMOTHY J. | Detective | Homicide Squad | 01/27/2017 |
| RUGGIERO, JOSEPH | Detective | Homicide Squad | 06/09/2015 |
| ROBERTS, PATRICK | Captain | Housing Unit | 12/16/2014 |
| BARTOSZEWICZ, RICHARD J. | Lieutenant | Housing Unit | 05/12/2015 |
| LOSI, JOHN | Detective Sergeant | Intelligence Unit | 06/16/2015 |
| ACQUINO, MICHAEL J. | Detective | Intelligence Unit | 12/16/2014 |
| SCHULTZ, LUCIA C. | Detective | Intelligence Unit | 02/26/2015 |
| HUMISTON, PATRICK | Captain | Internal Affairs Division | 09/17/2015 |
| SALEH, SHARESE L. | Captain | Internal Affairs Division | 10/22/2015 |
| ALBERTI, MICHAEL J. | Lieutenant | Internal Affairs Division | 01/12/2015 |
| CULVER, SCOTT R. | Lieutenant | Internal Affairs Division | 12/16/2014 |
| STABLER, DAVID S. | Captain | Investigative Services - Detective Division | 04/07/2015 |
| GUEVARA, FRANK A. | Lieutenant | Investigative Services - Detective Division | 01/12/2015 |
| COCO, HECTOR W. | Police Officer | Mayors Impact Team | 11/24/2016 |
| RUSSO, LANCE R. | Lieutenant | Narcotics/Vice | 12/16/2014 |
| ADAMS, BART A. | Detective | Narcotics/Vice | 06/24/2015 |
| ANDERSON, MICHAEL | Detective | Narcotics/Vice | 10/19/2015 |
| BURGESS, ZACKARY A. | Detective | Narcotics/Vice | 02/26/2015 |
| FITZPATRICK, PAUL | Detective | Narcotics/Vice | 05/22/2015 |
| FOLTS, LON E. | Detective | Narcotics/Vice | 06/09/2015 |
| GONEZ, ROBERT J. | Detective | Narcotics/Vice | 06/04/2015 |
| KOZLOWSKI, ANTHONY R. | Detective | Narcotics/Vice | 10/19/2015 |
| LARUSCH, ROBERT F. | Detective | Narcotics/Vice | 06/09/2015 |
| LAUN, MICHAEL | Detective | Narcotics/Vice | 10/22/2015 |
| LORENZO, JOSE | Detective | Narcotics/Vice | 10/29/2015 |
| QUINTANA, ERIC | Detective | Narcotics/Vice | 10/22/2015 |
| WEEKS, REGINA E. | Detective | Narcotics/Vice | 09/17/2015 |
| WEYAND, JEFFREY R. | Detective | Narcotics/Vice | 01/27/2017 |
| BRITZZALARO, BRIAN J. | Lieutenant | Neighborhood Engagement Team | 09/17/2015 |
| EXUM, DARREN D. | Lieutenant | Neighborhood Engagement Team | 10/19/2015 |
| CONSTANTINE, JOSEPH | Police Officer | Neighborhood Engagement Team | 06/09/2015 |
| HUMPHREY, VINCENT A. | Police Officer | Neighborhood Engagement Team | 06/12/2017 |
| INGLUT, MATTHEW E. | Police Officer | Neighborhood Engagement Team | 06/11/2018 |
| MASLOWSKI, STEVEN A. | Police Officer | Neighborhood Engagement Team | 06/24/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

Report Printed on
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| MCKNIGHT, CALVIS X. | Police Officer | Neighborhood Engagement Team | 03/27/2017 |
| NORWOOD, MICHAEL J. | Police Officer | Neighborhood Engagement Team | 06/26/2015 |
| RAMIREZ, ROMAN R. | Police Officer | Neighborhood Engagement Team | 03/27/2017 |
| RUTHERFORD, LAMONT D. | Police Officer | Neighborhood Engagement Team | 06/12/2017 |
| SALAMONE, ROBERT C. | Police Officer | Neighborhood Engagement Team | 12/16/2014 |
| SPENCER, SHYASHA M. | Police Officer | Neighborhood Engagement Team | 09/01/2017 |
| VIDAL, ANNIEL J. | Police Officer | Neighborhood Engagement Team | 12/16/2014 |
| PALIZAY, MICHAEL J. | Captain | Planning and Analysis | 06/16/2015 |
| BIERL, JONATHAN F. | Police Officer | Police Range | 10/21/2015 |
| HEIDINGER, JOSHUA P. | Police Officer | Police Range | 01/12/2015 |
| HY, RICHARD N. | Police Officer | Police Range | 12/16/2014 |
| KMIDOWSKI, LORI A. | Police Officer | Police Range | 11/21/2016 |
| MIELCAREK, ADAM P. | Police Officer | Police Range | 02/26/2015 |
| PINNAVAIA, MICHAEL J. | Police Officer | Police Range | 01/27/2017 |
| POBLOCKI, NICHOLAS A. | Police Officer | Police Range | 02/26/2015 |
| POLEON, DAVID A. | Police Officer | Police Range | 11/21/2016 |
| DANIELS, RONNIE | Police Officer | Property | 01/12/2015 |
| FELSCHOW, ROBERT J. | Police Officer | Property | 01/12/2015 |
| HEITZHAUS, JOHN G. | Detective | Safe Streets Task Force | 04/07/2015 |
| HEITZHAUS, JOHN G. | Detective | Safe Streets Task Force | 01/27/2017 |
| BADGER, ARMONDE M. | Police Officer | School Resource Officer | 11/26/2015 |
| BROWN, DESMOND J. | Police Officer | School Resource Officer | 06/11/2018 |
| CARSWELL, DEIDRE L. | Police Officer | School Resource Officer | 02/24/2016 |
| SHARPE, JEANAN | Police Officer | School Resource Officer | 11/13/2015 |
| ROGOWSKI, MARCUS A. | Captain | Special Events and Operations | 09/17/2015 |
| SZAFRANSKI, JOSEPH | Lieutenant | Special Projects | 06/01/2015 |
| BENCE, JOELLE | Detective | Special Victims Unit | 05/07/2015 |
| CARUSO, JOHN W. | Detective | Special Victims Unit | 10/19/2015 |
| FERRARO, TINA L. | Detective | Special Victims Unit | 04/07/2015 |
| FISCHER, JOSEPH C. | Detective | Special Victims Unit | 01/12/2015 |
| KROSS, ERIC J. | Detective | Special Victims Unit | 06/16/2015 |
| MCMAHON, JAMES M. | Detective | Special Victims Unit | 05/12/2015 |
| REUTHER, JAY A. | Detective | Special Victims Unit | 06/09/2015 |
| RUFFIN, RITA M. | Detective | Special Victims Unit | 10/19/2015 |
| VACCARO, JENNIFER L. | Detective | Special Victims Unit | 06/01/2015 |
| WEBER, JON P. | Detective | Special Victims Unit | 05/12/2015 |
| WRAZEN, NICOLE L. | Detective | Special Victims Unit | 09/17/2015 |
| MARASCHIELLO, MARK R. | Captain | Staff Inspections Unit | 01/27/2017 |
| MULLEN, PAUL K. | Captain | Staff Inspections Unit | 06/09/2015 |
| BONAREK, RICHARD | Lieutenant | Traffic Bureau | 10/19/2015 |
| DANIELS, DAVID K. | Lieutenant | Traffic Bureau | 01/12/2015 |
| BARRETTO, OSCAR I. | Police Officer | Traffic Bureau | 06/01/2015 |
| CALLOWAY, CHRISTOPHER | Police Officer | Traffic Bureau | 09/09/2015 |



# BUFFALO PD
## Training Class Report
### POLICE & DOG ENCOUNTERS

*Report Printed on*
**03/30/2022 13:02**

| Name | Rank | Assignment | Training Date |
|---|---|---|---|
| CHOJNACKI, JOSEPH A. | Police Officer | Traffic Bureau | 12/16/2014 |
| CROWLEY, PATRICK J. | Police Officer | Traffic Bureau | 10/29/2015 |
| DIVITO, MICHAEL J. | Police Officer | Traffic Bureau | 10/19/2015 |
| DOLAN, TERENCE P. | Police Officer | Traffic Bureau | 01/27/2017 |
| GARBACZ, ANTOINETTE M. | Police Officer | Traffic Bureau | 05/12/2015 |
| HARRINGTON, RAYMOND | Police Officer | Traffic Bureau | 04/07/2015 |
| KASKA, JOHN | Police Officer | Traffic Bureau | 10/19/2015 |
| MARTINEZ, MICHAEL N. | Police Officer | Traffic Bureau | 12/16/2014 |
| MCKNIGHT, DORIAN M. | Police Officer | Traffic Bureau | 10/22/2015 |
| POISSON, JOHN R. | Police Officer | Traffic Bureau | 12/16/2014 |
| STOREY, DELL W. | Police Officer | Traffic Bureau | 01/12/2015 |
| STROBELE, DEBRA A. | Police Officer | Traffic Bureau | 02/19/2015 |
| STROEHLEIN, THOMAS G. | Police Officer | Traffic Bureau | 01/27/2017 |
| TORRES, EDWIN | Police Officer | Traffic Bureau | 06/01/2015 |
| WAGNER, TIMOTHY W. | Police Officer | Traffic Bureau | 04/23/2015 |
| LOPEZ, JOHN A. | Police Officer | Truck Squad | 02/19/2015 |
| SLAWEK, MARK | Police Officer | Truck Squad | 06/04/2015 |
| CARDONA II, LOUIS A. | Detective | USMS-VFWS Task Force | 01/27/2017 |
| PASZKIEWICZ, JOSEPH | Detective | USMS-VFWS Task Force | 04/07/2015 |