Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-6525

VICTORIA PRESTON,

                                        Plaintiff,

    v.

THE CITY OF ROCHESTER
and MITCHELL LEACH,

                                         Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

Date: April 23, 2026                            ANDREW W. MOELLER
                                             CLERK OF COURT

                                             By: s/Rosemarie M. Eby-Collom
                                                Deputy Clerk